UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER FLEITAS PERDOMO (A-246-002-897), Petitioner, v. TONYA ANDREWS, et al., Respondents. | No. 1:26-cv-4767 DC CSK<br><br>ORDER |

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 14, 2026, the district court denied petitioner's motion for a temporary restraining order and referred this action to the assigned magistrate judge. (ECF No. 10.) On September 16, 2026, petitioner filed a motion to withdraw. (ECF No. 13.) Petitioner requests that his habeas corpus petition be withdrawn because he decided to sign deportation papers. (Id. at 2.) Petitioner states that U.S Immigration and Customs Enforcement ("ICE") officials informed him that he cannot be deported because of his pending habeas corpus petition. (Id.)

This Court construes petitioner's motion to withdraw as a request for voluntary dismissal of the instant petition. Pursuant to Fed. R. Civ. P. 41(a), petitioner's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: September 24, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Perd4767.vol/2